UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IVY STRYKER, et al., <br><br>    Plaintiffs, <br><br>v. <br><br>FCA US LLC, <br><br>    Defendant. | Case No. 2:24-cv-11538-LVP-KGA <br><br>Hon. Linda V. Parker <br>Magistrate Judge Kimberly G. Altman |

## PLAINTIFF ANTHONY SPANGLER AND EMMANUEL TURCOTTE NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Anthony Spangler and Emmanuel Turcotte pursuant to Fed. R. Civ. P. 41(a), hereby serves this Notice of Voluntary Dismissal Without Prejudice.

Dated: November 17, 2025

    /s/ Daniel A. Hawkins
    Mark M. Berardi
    Daniel A. Hawkins
    **BERARDI AND ASSOCIATES LLC**
    14919 Founders Crossing
    Homer Glen, IL 60491
    708-942-8030
    Fax: 815-205-3546
    Mark@berardilawoffice.com
    Daniel@berardilawoffice.com


    Anthony G. Simon (53455)
    Jeremiah W. Nixon
    **THE SIMON LAW FIRM, P.C.**
    800 Market Street, Suite 1700
    St. Louis, Missouri 63101
    314-241-2929
    Fax: 314-241-2029
    asimon@simonlawpc.com
    jnixon@simonlawpc.com


    Don M. Downing

1

Gretchen Garrison
Jack A. Downing
**GRAY RITTER GRAHAM**
701 Market Street, Suite 800
St. Louis, MO 63101
314-241-5620
Fax: 314-241-4969
ddowning@grgpc.com
ggarrison@grgpc.com
jdowning@grgpc.com

Elizabeth A. Fegan
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Suite 3300
Chicago, IL 60543
312-741-1019
Fax: 312-264-0100
beth@feganscott.com

Jonathan D. Lindenfeld
**FEGAN SCOTT LLC**
305 Broadway, 7th Floor
New York, NY 10007
332-216-2101
Fax: 312-264-0100
jonathan@feganscott.com

Emily M. Peacock (P64410)
**OLSMAN MACKENZIE & PEACOCK**
2684 West Eleven Mile Road
Berkley, MI 48072
248-591-2300
Fax: 248-591-2304
epeacock@olsmanlaw.com

*Counsel for Plaintiffs and Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the United States District Court for the Eastern District of Michigan, with notice of case activity to be generated and sent electronically by the Clerk of the Court to all designated persons this 17th

day of November 2025.

/s/Daniel A. Hawkins

3