**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| **IVY STRYKER, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:24-cv-11538-LVP-KGA** |
| | ) | |
| **FCA US LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFFS' RESPONSE TO FCA US LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY (*FRISCH V. FCA US)* IN OPPOSITION TO FCA US LLC'S RENEWED MOTION TO COMPEL ARBITRATION**

Defendant FCA US LLC's latest notice of supplemental authority (ECF No. 49) regarding *Frisch v. FCA US LLC*, 2026 WL 1831998 (E.D. Mich. June 25, 2026) ignores the most pertinent part of that decision. *Frisch* determined that FCA could *not* rely on dealership agreements—to which it was not a party—to force arbitration. *Id. at **6–10.* That is directly inconsistent with FCA's position in this case as to the eleven plaintiffs who they assert signed such agreements.

The one point FCA makes about *Frisch* is not applicable on the record presented here. FCA quotes a portion of *Frisch* that found that those plaintiffs, *on the record presented in that case,* "affirmatively invoked" the warranties in the warranty booklet and thus were required to arbitrate. As pointed out in Plaintiffs' opposition brief at 15–16, the record *in this case* fails to show that any of the plaintiffs "affirmatively invoked" or otherwise pointed to any of the warranties when they sought repairs. *See* ECF No. 5020, PageID.5019–20.

Dated: July 2, 2026

*/s/ Don M. Downing*
GRAY RITTER GRAHAM
Don M. Downing #30405MO
Gretchen Garrison
Jack A. Downing
701 Market Street, Suite 800
St. Louis, MO 63101-1826
314-241-5620
Fax: 314-241-4140
ddowning@grgpc.com
ggarrison@grgpc.com
jdowning@grgpc.com

Anthony G. Simon
Jeremiah W. Nixon
THE SIMON LAW FIRM, P.C.
1001 Highlands Plaza Drive
Suite 300
St. Louis, Missouri 63110
314-241-2929
Fax: 314-241-2029
asimon@simonlawpc.com
jnixon@simonlawpc.com

Mark M. Berardi
Daniel A. Hawkins
BERARDI AND ASSOCIATES LLC
14919 Founders Crossing
Homer Glen, IL 60491
708-942-8030
Fax: 815-205-3546
Mark@berardilawoffice.com
Daniel@berardilawoffice.com

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr.
24th Floor Suite 3300
Chicago, IL 60543
312-741-1019
Fax: 312-264-0100

beth@feganscott.com

Jonathan D. Lindenfeld
FEGAN SCOTT LLC
305 Broadway, 7th Floor
New York, NY 10007
332-216-2101
Fax: 312-264-0100
jonathan@feganscott.com

Emily M. Peacock
OLSMAN MACKENZIE &
PEACOCK
2684 West Eleven Mile Road
Berkley, MI 48072
248-591-2300
Fax: 248-591-2304
epeacock@olsmanlaw.com

*Attorneys for Plaintiffs and Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electornically with the United States District Court for the Eastern District of Michigan, with notice of case activity to be generated and sent electronically by the Clerk of the Court to all designed persons this 2nd day of July, 2026.

*/s/ Don M. Downing*